668

MILLER, Appellant, vs. WISCONSIN POWER & LIGHT COMPANY, Respondent.

For the appellant: *J. E. O'Brien* of Fond du Lac.
For the respondent: *T. L. Doyle* of Fond du Lac.

*By the Court.*—Judgment affirmed.